

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Tracy Bryant, as Special Administrator of the Estate of David France, Jr., | ) ) ) ) |
| Plaintiff, | ) No. 12 cv 06335 ) Judge Harry D. Leinenweber ) |
| v. | ) ) |
| United States of America and The U. S. Department of Health & Human Services | ) ) ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter coming before the Court on Plaintiff's Motion to Appointment of Tracy Bryant as Special Administrator of the Estate of David France, Jr., deceased:

**IT IS HEREBY ORDERED THAT:**

Tracy Bryant is hereby appointed Special Administrator of the Estate of David France, Jr., deceased.

8/22/12

ENTER: _____
JUDGE
**HARRY D. LEINENWEBER**

Order prepared by:

COCHRAN, CHERRY, GIVENS, SMITH & MONTGOMERY, LLC
One North LaSalle Street, Suite 2450
Chicago, Illinois 60602
(312) 977-0200; (312) 977-0209 fax