UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY BRYANT, as Special Administrator of the Estate of David France, Jr., ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA and THE ) U. S. DEPARTMENT OF HEALTH & ) HUMAN SERVICES, ) ) Defendants. ) | No. 12 C 6335  Judge Leinenweber |

**THE DEPARTMENT OF HEALTH
AND HUMAN SERVICES' MOTION TO DISMISS THE AGENCY AS A DEFENDANT**

The Department of Health and Human Services ("HHS"), by Gary S. Shapiro, United States Attorney for the Northern District of Illinois, moves pursuant to the Federal Rule of Civil Procedure 12(b)(6) to dismiss the agency as a defendant from plaintiff's first amended complaint. The basis for the motion is set forth below.

1. Plaintiff filed a three-count first amended complaint alleging causes of action under the Federal Tort Claims Act. The complaint names HHS and the United States as defendants for all three counts.

2. Common law torts cannot be brought against a federal agency.

3. The FTCA is the exclusive remedy for claims resulting from tortious acts committed by employees of the federal government while acting within the scope of their employment. *See* 28 U.S.C. § 2679(b); *United States v. Smith*, 499 U.S. 160, 166-67 (1991).

4. The United States, not its departments or agencies, is the only proper defendant in a suit brought under the FTCA. 28 U.S.C. § 2679(b)(1); *Hughes v. United States*, 701 F.2d 56, 58 (7th Cir. 1982), *Valluzzi v. United States Postal Service*, 775 F.Supp. 1124, 1125 (N.D. Ill. 1991).

WHEREFORE, HHS should be dismissed as a defendant from plaintiff's first amended complaint.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: s/ Jeffrey M. Hansen
    JEFFREY M. HANSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1325
    jeffrey.hansen@usdoj.gov