UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY BRYANT, as Special Administrator of the Estate of David France, Jr., | ) ) ) | |
| Plaintiff, | ) ) | No. 12 C 6335 |
| v. | ) ) | Judge Leinenweber |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## AGREED PROPOSED EXPERT DISCOVERY SCHEDULE

Both parties agree and propose an expert discovery schedule as follows:

1. Plaintiff's expert disclosures and reports due on January 10, 2014.

2. Plaintiff's experts to be deposed by February 28, 2014.

3. Defendant's expert disclosures and reports due on May 2, 2014.

4. Defendant's experts to be deposed by June 20, 2014.

5. Status hearing to be scheduled on a date following June 20, 2014.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

        By: s/ Jeffrey M. Hansen
            JEFFREY M. HANSEN
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 886-1325
            jeffrey.hansen@usdoj.gov